**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL DUANE WILSON,

    Petitioner,                                             3:14-cv-00071-RCJ-VPC

vs.

                                                            **ORDER**

ROBERT LeGRAND, *et al.*,

    Respondents.

_____/

In this habeas corpus action, the petitioner, Michael Duane Wilson, is represented by counsel. On January 29, 2015, Wilson filed an amended petition for writ of habeas corpus (ECF No. 14).

On March 30, 2015, respondents filed a motion for extension of time (ECF No. 20), requesting a two-day extension of time, to April 1, 2015, to respond to Wilson's amended habeas petition. And, on April 1, 2015, respondents filed a motion to dismiss (ECF No. 21). Wilson did not oppose the motion for extension of time. The court finds that the motion for extension of time was made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time that respondents requested. The court will grant respondents' motion for extension of time, and will treat the motion to dismiss as timely filed.

On May 6, 2015, Wilson filed a motion for extension of time (ECF No. 22), requesting a 5-day extension of the time to respond to the motion to dismiss, extending that deadline to May 6, 2015. Wilson then filed an opposition to the motion to dismiss on May 6, 2015 (ECF

No. 23). Respondents do not oppose Wilson's motion for extension of time. The court finds that the motion for extension of time was made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time that Wilson requested. The court will grant the motion for extension of time, and will treat the opposition to the motion to dismiss as timely filed.

The court will also *sua sponte* extend the time for respondents to file a reply in support of their motion to dismiss.

**IT IS THEREFORE ORDERED** that respondents' motion for extension of time (ECF No. 20) is **GRANTED**. Respondents' motion to dismiss (ECF No. 21) shall be treated as timely filed.

**IT IS FURTHER ORDERED** that petitioner's motion for extension of time (ECF No. 22) is **GRANTED**. Petitioner's opposition to the motion to dismiss (ECF No. 23) shall be treated as timely filed.

**IT IS FURTHER ORDERED** that respondents shall have **15 days** from the date of entry of this order to file a reply in support of the motion to dismiss. The court will not be inclined to further extend this deadline.

Dated this 1st day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE